IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHWESTERN DIVISION

**FILED**

JUL 3 1 1997

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 96-HM-2135-NW |
| ) | |
| TIMOTHY EADES, ) | |
| ) | |
| Defendants. ) | |

**ENTERED**

JUL 3 1 1997

FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant Timothy Eades, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant Timothy Eades on August 26, 1996; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant Timothy Eades is indebted to Plaintiff in the principal sum of $349.20, accrued interest of $20.50 through July 14, 1997, at the rate of 4% until date of judgment;

4. Defendant Timothy Eades is indebted to Plaintiff in the principal sum of $887.07, accrued interest of $63.40 through July 14, 1997, and at the rate of 5% until date of judgment;

5. Plaintiff is due to recover from Defendant the total sum of $1,496.27, along with costs of $176.10, plus interest in the amount of $83.90 from July 14, 1997, until date of judgment at the pre-judgment rates of 4 and 5 percent per annum and interest hereafter at the prevailing legal rate per annum until paid in full. A judgment will be entered accordingly.

Done this the 31st day of July, 1997.

*/s/ E.B. Haltom*

UNITED STATES DISTRICT JUDGE